# biodesix

### Biodesix adds EGFR Uncommon Variants to Biodesix Lung Reflex®

To Whom It May Concern,

In an effort to continue providing you with the most actionable, guideline-recommended mutation results from blood, we have launched the addition of the EGFR uncommon variants to the GeneStrat® genomic test in Biodesix Lung Reflex®.

The EGFR uncommon variants are EGFR Exon 18 G719A, G719C, G719S; EGFR Exon 20 S768I, and; EGFR Exon 21 L861Q, which make up about 1.5% of the mutations found in patients with non-small cell lung cancer and 10% of all EGFR mutations. These mutations convey sensitivity to the FDA-approved targeted therapy, Gilotrif (afatinib), as a front-line treatment choice.

Ordering Biodesix Lung Reflex can expedite time to treatment with swift, actionable mutation results. Please reach out to our Customer Care team at 1.866.432.5930 to learn more about our lung cancer diagnostic solutions.

Regards,

*[signature]*

David Brunel
Chief Executive Officer

2970 Wilderness Place, Suite 100 | Boulder, CO 80301 | biodesix.com

EXHIBIT A